1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

WILLIAM HELM, et al.,

      Plaintiffs,

  v.

ALDERWOODS GROUP INC, et al.,

      Defendants.

_____/

No. C 08-01184 JSW

**SUA SPONTE JUDICIAL
REFERRAL FOR PURPOSES OF
DETERMINING RELATIONSHIP
OF CASES**

     Pursuant to Civil Local Rule 3-12(c), the Court ORDERS that the above captioned case is referred to Judge Susan Illston to determine whether it is related to *Bryant, et al. v. Alderwoods Group, Inc., et al.*, Case No. 07-5696 SI.

     **IT IS SO ORDERED.**

Dated: March 13, 2008

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

cc:    Judge Susan Illston