1  Sanford Jay Rosen, State Bar No. 62566
   Maria V. Morris, State Bar No. 223903
2  Lori E. Rifkin, State Bar No. 244081
   ROSEN, BIEN & GALVAN, LLP
3  315 Montgomery Street, Tenth Floor
   San Francisco, CA 94104
4  Telephone: (415) 433-6830
   Facsimile: (415) 433-7104
5
6  Attorneys for Plaintiffs

7  (Additional Counsel for Plaintiffs on the following page)

8

9          UNITED STATES DISTRICT COURT

10       NORTHERN DISTRICT OF CALIFORNIA

11          SAN FRANCISCO DIVISION

12                                          Case Nos. C 08-1190-SI, C 08-1184-SI

13  CLAUDE BRYANT, et al.,                  STIPULATION OF SUBSTITUTION
    On behalf of themselves and all employees  OF COUNSEL FOR PLAINTIFFS AND
14  similarly situated,                     NOTICE OF APPEARANCE OF NEW
                                            COUNSEL
15          Plaintiffs,

16  v.

17  SERVICE CORPORATION
    INTERNATIONAL , et al.,
18
            Defendants.
19

20
    WILLIAM HELM, et al. On behalf of
21  themselves and all employees similarly
    situated,
22          Plaintiffs,
    v.
23
    ALDERWOODS GROUP, INC., et al.
24
            Defendants.
25

26      PLEASE TAKE NOTICE that Plaintiffs in both of the above-referenced matters hereby

27  substitute one of their counsel and attorneys of record as in this matter as follows:

28  Former Counsel:    Rosen, Bien and Galvan, LLP

    STIP OF SUBSTITUTION OF COUNSEL FOR        1    Case Nos. C 08-1190-SI, C 08-1184-SI
    PLTF AND NOT OF APP OF NEW COUNSEL

10/23/2008 14:06 FAX 415 433 7104    ROSEN BIEN GALVAN    ☑003
Oct-14-08   08:48am   From-BURNHAM BROWN    +510 835 6666    T-016   P.004/006   F-164

Case308-CV-CV-003SE-FMDoDocument10418 Filed10/28/2008 Page 3 of 4

Sanford Jay Rosen
Maria V. Morris
Lori E. Rifkin
315 Montgomery Street, Tenth Floor
San Francisco, CA 94104
(415) 433-6830

New Counsel:    Burnham Brown
Robert M. Bodzin
P.O. Box 119
Oakland, California 94604-0119
(510) 444-6800

PLEASE TAKE FURTHER NOTICE that the firms of DOLIN, THOMAS & SOLOMON

LLP and MARGOLIS EDELSTEIN remain as counsel of record for Plaintiffs

DATED: October 23, 2008              ROSEN, BIEN & GALVAN, LLP

By _____
Sanford Jay Rosen, State Bar No. 62566
Maria V. Morris, State Bar No. 223903
Lori E. Rifkin, State Bar No. 244081

315 Montgomery Street, Tenth Floor
San Francisco, CA 94104
Telephone: (415) 433-6830

DATED: October 23, 2008              BURNHAM BROWN

By _____
Robert M. Bodzin, State Bar No. 201327
P.O. Box 119
Oakland, CA 94604-0119
Telephone: (510) 444-6800

STIP OF SUBSTITUTION OF COUNSEL FOR      2    Case Nos. C 08-1190-SI, C 08-1184-SI
PLTF AND NOT OF APP OF NEW COUNSEL.

1 | Additional Counsel for Plaintiffs

2 | J. Nelson Thomas, NY Attorney No. 2579159
    | Patrick J. Solomon, NY Attorney No. 2716660
3 | Annette Gifford, NY Attorney No. 4105870
    | DOLIN, THOMAS & SOLOMON LLP
4 | 693 East Avenue
    | Rochester, NY 14607
5 | Telephone: (585) 272-0540
    | Facsimile: (585) 272-0574
6 |
    | Charles H. Saul, PA State Bar No. 19938
7 | MARGOLIS EDELSTEIN
    | 525 William Penn Place, Suite 3300
8 | Pittsburgh, PA 15219
    | Telephone: (412) 281-4256
9 | Facsimile: (412) 642-2380

10 |
11 |
12 |
13 |
14 |
15 |
16 |
17 |
18 |
19 |
20 |
21 |
22 |
23 |
24 |
25 |
26 |
27 |
28 |

STIP OF SUBSTITUTION OF COUNSEL FOR          4     Case Nos. C 08-1190-SI, C 08-1184-SI
PLTF AND NOT OF APP OF NEW COUNSEL

1   PURSUANT TO STIPULATION
    IT IS SO ORDERED
2

3   DATED: October ___, 2008

4                                        HONORABLE SUSAN ILLSTON
                                         UNITED STATES DISTRICT COURT
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28