1  BURNHAM BROWN
   Robert M. Bodzin, State Bar No. 201327
2  P.O. Box 119
   Oakland, CA 94604
3  Telephone: (510) 835-6833
   Facsimile:  (510) 835-6666
4  rbodzin@BurnhamBrown.com

5  Attorneys for Plaintiffs

6  [Additional Counsel Appear on Signature Page]

7
                    UNITED STATES DISTRICT COURT
8
                    NORTHERN DISTRICT OF CALIFORNIA
9

10

11 WILLIAM HELM, DEBORAH PRISE,           )   CASE NO.  3:08-CV-01184 SI
   HEATHER P. RADY, et al., on behalf of  )
12 themselves and all other employees and former )
   employees similarly situated,          )
13                                        )   **[PROPOSED] ORDER EXTENDING**
                   Plaintiffs,            )   **TIME TO SUBMIT RESPONSIVE AND**
14                                        )   **REPLY BRIEFING**
   v.                                     )
15                                        )
   ALDERWOODS GROUP, INC.,                )
16                                        )
                   Defendant.             )
17                                        )
   _____)
18
         Pursuant to the Stipulation of counsel and good cause appearing, the Court hereby orders
19
   as follows:
20
        1.   Plaintiffs' response to Defendant's Motion to Sever Misjoined Plaintiffs Pursuant to
21
   FRCP 21 shall be filed and served no later **Monday, May 17, 2010**; and further,
22
        2.   Defendant's reply to that motion shall be filed and served no later than **Monday,**
23
   **May 24, 2010**.
24

25

26

27

28

   [PROPOSED] ORDER EXTENDING TIME            CASE NO.: 3:08-CV-01184 SI
                                    1

1  IT IS SO ORDERED:                           Honorable Susan Illston
2                                              United States District Court
3                                              _____
4

5  AGREED TO:
6

7

8  By: /s/ Annette Gifford                     By: /s/ John A. Mason
       J. Nelson Thomas (*pro hac vice*)           Steven H. Gurnee
9      Patrick J. Solomon (*pro hac vice*)        Nicholas P. Forestiere
       Annette Gifford (*pro hac vice*)            John A. Mason
10     THOMAS & SOLOMON LLP                        GURNEE & DANIELS LLP
       693 East Avenue                             2240 Douglas Blvd, Suite 150
11     Rochester, NY  14607                        Roseville, CA 95648
12     Telephone:  585-272-0540                    Telephone:  916-797-3100
       Facsimile:  585-272-0574                    Facsimile:  916-797-3131
13
       Robert M. Bodzin, State Bar No. 201327   Counsel for Defendant
14     BURNHAM BROWN
       P.O. Box 119
15     Oakland, CA 94604
       Telephone: (510) 835-6833
16     Facsimile:  (510) 835-6666
17
       Charles H. Saul (*pro hac vice*)
18     MARGOLIS EDELSTEIN
       525 William Penn Place
19     Suite 3300
       Pittsburgh, PA 15219
20     Telephone:  412-281-4256
21     Facsimile:  412-642-2380

22     Counsel for Plaintiffs
23
24
25
26
27
28

[PROPOSED] ORDER EXTENDING TIME          CASE NO.:  3:08-CV-01184 SI
2