BURNHAM BROWN
Robert M. Bodzin, State Bar No. 201327
P.O. Box 119
Oakland, CA 94604
Telephone: (510) 835-6833
Facsimile:  (510) 835-6666
rbodzin@BurnhamBrown.com

Attorneys for Plaintiffs

[Additional Counsel Appear on Signature Page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM HELM, DEBORAH PRISE, HEATHER P. RADY, et al., on behalf of themselves and all other employees and former employees similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ALDERWOODS GROUP, INC.,<br><br>Defendant. | CASE NO.  3:08-CV-01184 SI<br><br>**[PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

    Pursuant to the Stipulation of counsel and good cause appearing, the Court hereby orders as follows:

    1.    The date for the further Case Management Conference, previously set for July 30, 2010 is moved to **September 10, 2010 at 3:00 p.m.**

[PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE
1

Case No.:  3:08-CV-01184 SI

**IT IS SO ORDERED:**

*[signature: Susan Illston]*

———————————————————
Honorable Susan Illston
United States District Court

**AGREED TO:**

Dated: July 21, 2010

| | |
|---|---|
| By: /s/ Sarah Cressman | By: /s/ John A. Mason |
| J. Nelson Thomas (*pro hac vice*) | Steven H. Gurnee |
| Patrick J. Solomon (*pro hac vice*) | Nicholas P. Forestiere |
| Annette Gifford (*pro hac vice*) | John A. Mason |
| Sarah Cressman (*pro hac vice*) | GURNEE & DANIELS LLP |
| THOMAS & SOLOMON LLP | 2240 Douglas Blvd, Suite 150 |
| 693 East Avenue | Roseville, CA 95648 |
| Rochester, NY 14607 | Telephone: 916-797-3100 |
| Telephone: 585-272-0540 | Facsimile: 916-797-3131 |
| Facsimile: 585-272-0574 | |
| | Counsel for Defendant |

Robert M. Bodzin, State Bar No. 201327
BURNHAM BROWN
P.O. Box 119
Oakland, CA 94604
Telephone: (510) 835-6833
Facsimile: (510) 835-6666

Charles H. Saul (*pro hac vice*)
Liberty J. Weyandt (*pro hac vice pending*)
Kyle T. McGee (*pro hac vice*)
MARGOLIS EDELSTEIN
525 William Penn Place
Suite 3300
Pittsburgh, PA 15219
Telephone: 412-281-4256
Facsimile: 412-642-2380

Counsel for Plaintiffs

[PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE
2

Case No.: 3:08-CV-01184 SI