1  STEVEN H. GURNEE, ESQ. SB# 66056
   DAVID M. DANIELS, ESQ. SB# 170315
2  NICHOLAS P. FORESTIERE, SB# 125118
   GURNEE & DANIELS LLP
3  2240 Douglas Boulevard, Suite 150
   Roseville, CA  95661-3805
4  Telephone     (916) 797-3100
   Facsimile     (916) 797-3131
5
   Attorneys for Defendants
6  ALDERWOODS GROUP, INC.

7

8                  UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10

11 | WILLIAM HELM, DEBORAH PRISE,           ) No. CV 08-01184 SI
12 | HEATHER P. RADY, et al., on behalf of  )
   | themselves and all other employees and former )
13 | employees similarly situated,          ) **[PROPOSED] ORDER CONTINUING**
                                            ) **DATE FOR CASE MANAGEMENT**
14 |                  Plaintiffs,           ) **CONFERENCE**
                                            )
15 |        vs.                             )
                                            )
16 | ALDERWOODS GROUP, INC.,                )
                                            )
17 |                  Defendants.           )
                                            )
18 |_____)

19
        Pursuant to the Stipulation of counsel and good cause appearing, the September 10, 2010
20
   date for the Case Management Conference in this matter is hereby vacated and the Case
21
   Management Conference is continued to Friday, October 1, 2010 at 3:00 p.m. in Department 10 of
22
   this Court.
23
        **IT IS SO ORDERED.**
24
                                                    [signature]
25 Dated:_____          _____
                                          Honorable Susan Illston
26                                        United States District Court
27

28 [PROPOSED] ORDER CONTINUING DATE FOR
   CASE MANAGEMENT CONFERENCE                                                              1
   Case No.: CV 08-01184 SI