1  BURNHAM BROWN
   Robert M. Bodzin, State Bar No. 201327
2  P.O. Box 119
   Oakland, CA 94604
3  Telephone: (510) 835-6833
   Facsimile:  (510) 835-6666
4  rbodzin@BurnhamBrown.com

5  Attorneys for Plaintiffs

6  [Additional Counsel Appear on Signature Page]

7

8                       UNITED STATES DISTRICT COURT

9                      NORTHERN DISTRICT OF CALIFORNIA

10

11  WILLIAM HELM, DEBORAH PRISE,          )   **CASE NO.  3:08-CV-01184 SI**
    HEATHER P. RADY, et al., on behalf of )
12  themselves and all other employees and former )
    employees similarly situated,         )
13                                         )   **[PROPOSED] ORDER CONTINUING**
                            Plaintiffs,    )   **CASE MANAGEMENT CONFERENCE**
14                                         )
    v.                                     )
15                                         )
    ALDERWOODS GROUP, INC.,                )
16                                         )
                            Defendant.     )
17                                         )
                                           )
18                                         )
    _____)
19

20        Pursuant to the Stipulation of counsel and good cause appearing, the Court hereby orders as

21  follows:

22        1.      The date for the further Case Management Conference, previously set for October 1,

23  2010 is continued to **<u>December 16, 2010 at 3:00 p.m.</u>**

24

25

26

27

28
     [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE
                                    1

    Case No.:  3:08-CV-01184 SI

**IT IS SO ORDERED:**

Dated: _____

_____
Honorable Susan Illston
United States District Court

[PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE
2

Case No.:  3:08-CV-01184 SI