1  BURNHAM BROWN
   Robert M. Bodzin, State Bar No. 201327
2  P.O. Box 119
   Oakland, CA 94604
3  Telephone: (510) 835-6833
   Facsimile:  (510) 835-6666
4  rbodzin@BurnhamBrown.com

5  Attorneys for Plaintiffs

6  [Additional Counsel Appear on Signature Page]

7
                    UNITED STATES DISTRICT COURT
8
                    NORTHERN DISTRICT OF CALIFORNIA
9

10

11 WILLIAM HELM, et al., on behalf of       ) CASE NO.  3:08-CV-01184 SI
   themselves and all other employees and former )
12 employees similarly situated,             )
                                             )
13              Plaintiffs,                  ) [PROPOSED] ORDER PERMITTING
                                             ) TELEPHONIC APPEARANCES AT
14         vs.                               ) CASE MANAGEMENT CONFERENCE
                                             )
15 ALDERWOODS GROUP, INC.,                   )
                                             )
16              Defendant.                   )
                                             )
17                                           )
                                             )
18                                           )
                                             )
19 _____)

20      Pursuant to the Stipulation of counsel and good cause appearing, the Court hereby orders

21 as follows:

22      1.    Plaintiffs and Defendant shall attend the Case Management Conference set for

23 **February 18, 2011 at 3:00 p.m** by telephonic appearance.

24

25

26

27

28
   **[PROPOSED] ORDER PERMITTING TELEPHONIC APPEARANCES AT CASE
   MANAGEMENT CONFERENCE**                                              1

   Case No.:  3:08-CV-01184 SI

1  IT IS SO ORDERED:
2
3     2/11/11
4                                              _____
                                                Honorable Susan Illston
                                                United States District Court
5
   AGREED TO:
6

7  By: /s/ Sarah Cressman                     By: /s/ John A. Mason
       J. Nelson Thomas (*pro hac vice*)          Steven H. Gurnee
8      Patrick J. Solomon (*pro hac vice*)        David M. Daniels
       Annette Gifford (*pro hac vice*)           John A. Mason
9      Sarah Cressman (*pro hac vice*)            GURNEE & DANIELS LLP
10     THOMAS & SOLOMON LLP                       2240 Douglas Blvd, Suite 150
       693 East Avenue                            Roseville, CA 95648
11     Rochester, NY  14607                       Telephone:  916-797-3100
       Telephone:  585-272-0540                   Facsimile:  916-797-3131
12     Facsimile:  585-272-0574
13                                                Counsel for Defendant
       Robert M. Bodzin, State Bar No. 201327
14     BURNHAM BROWN
       P.O. Box 119
15     Oakland, CA 94604
       Telephone: (510) 835-6833
16     Facsimile:  (510) 835-6666
17
       Charles H. Saul (*pro hac vice*)
18     Liberty J. Weyandt (*pro hac vice
       pending*)
19     Kyle T. McGee (*pro hac vice*)
20     MARGOLIS EDELSTEIN
       525 William Penn Place
21     Suite 3300
       Pittsburgh, PA 15219
22     Telephone:  412-281-4256
       Facsimile:  412-642-2380
23
24     Counsel for Plaintiffs
25
26
27
28
   [PROPOSED] ORDER PERMITTING TELEPHONIC APPEARANCES AT CASE
   MANAGEMENT CONFERENCE                                                       2

   Case No.:  3:08-CV-01184 SI